# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY T. ALSTON,<br><br>　　　　　　Defendant. | CRIMINAL ACTION<br><br>No. 04-515 |

## ORDER

**AND NOW**, this 14th day of June, 2010, for the reasons stated in the accompanying opinion, it is hereby **ORDERED** as follows:

(1) Defendant's letter motion to waive payment of the imposed fine and restitution (Docket No. 97) is **DENIED IN PART** to the extent that defendant seeks waiver of the $2,500 fine;

(2) Within twenty-one (21) days of the date of this Order, defendant shall file a document including (a) any further information or argument he wishes to present concerning the payment of interest pursuant to 18 U.S.C. § 3612(f) and the payment of restitution pursuant to 18 U.S.C. § 3664(k), and (b) a statement indicating whether the personal property discussed in his letter motion (Docket No. 94) has been returned; and

(3) No later than ten (10) days after defendant submits this information, the

government shall file a further response stating (a) whether Mr. Alston is required to pay interest on his fine and/or restitution pursuant to 18 U.S.C. § 3612(f)(1), (b) its position, in light of any additional information provided by defendant, on whether any required interest payments should be modified or waived, (c) its position on defendant's request to alter his restitution payment schedule pursuant to 18 U.S.C. § 3664(k), and (d) the status of defendant's property, if Mr. Alston indicates that such property has not yet been returned to him.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.